1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LYLE A. CROOK,                          )     Case No. CV 07-5499-DSF  (OP)
                                        )
                                        )     ORDER ADOPTING FINDINGS,
                Petitioner,             )     CONCLUSIONS, AND
                                        )     RECOMMENDATIONS OF
        vs.                             )     UNITED STATES MAGISTRATE
                                        )     JUDGE
JAMES E. TILTON, CDC                    )
SECRETARY,                              )
                                        )
                Respondents.            )
_____)

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
records and files herein, the Report and Recommendation of the United States
Magistrate Judge, and the objections filed by Petitioner, de novo.  The Court concurs
with and adopts the findings, conclusions, and recommendations of the Magistrate
Judge, with the following revisions:.

        p. 6, ln. 9: "proceedings" should be "proceeding";

        p. 8, ln. 11: the reference should be to the Petition at 1;

        p. 8, lns. 17-20: the quotation should read "had Leon Taft testified at trial . .
. the jury in all probability would have (1) acquitted the Petitioner on the basis that
the shooting was an act of self defense, or (2) found him guilty of voluntary
manslaughter on the theory of unlawful imperfect self defense.";

1    p. 9, ln. 27: "innocence" should be "guilt";

2    p. 10, ln. 5: "showing" should be "as";

3    p. 10, ln. 14: "(9th Cir. 1993)" should be added to the citation;

4    p. 11, ln. 6: "the" should be inserted before "prosecution's";

5    p. 12, ln. 11: "id." should be Strickland, 466 U.S. at 687-88.

6    IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

7    Report and Recommendation; and (2) denying the Petition and dismissing this action

8    with prejudice.

9          11/3/09

10   DATED:  _____

         HONORABLE DALE S. FISCHER
11       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28